# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Case No. 3:20-cv-535-DPJ-FKB |
| v. | ) |
| ROGER L. SMITH and TEMPLE THEATER FOR THE PERFORMING ARTS, | ) |
| Defendants. | ) |

## COMPLAINT

Plaintiff, United States of America, for its Complaint against the Defendants, Roger L. Smith and the Temple Theater for the Performing Arts, states and alleges as follows:

1.  The United States seeks a judgment against Roger L. Smith for his unpaid federal income tax liabilities for the 2007, 2010, and 2018 tax years. The United States seeks a declaration that the Temple Theater for the Performing Arts holds property as Roger L. Smith's nominee, that the Temple Theater for the Performing Arts is Roger L. Smith's nominee, and that federal tax liens are valid and enforceable against Roger L. Smith's property, including the real property described in this Complaint.

2.  These claims are asserted at the request and with the authorization of the Chief Counsel for the Internal Revenue Service, a delegate of the Secretary of the Treasury of the United States, and at the direction of the Attorney General of the United States pursuant to 26 U.S.C. § 7401.

## JURISDICTION AND VENUE

3. The Court has jurisdiction over this action under 28 U.S.C. §§ 1340 and 1345, and 26 U.S.C. § 7402.

4. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1396 because the Defendant taxpayer resides within this district and the real property at issue is located in Lauderdale County, which lies within this district.

## SUBJECT PROPERTY

5. The United States seeks a declaratory judgment that federal tax liens against Roger L. Smith and his nominees are valid and enforceable against real property located at 2320 8th Street, Meridian, MS 39301 (the "Subject Property"). The legal description of the Subject Property is as follows:

> Lots 11, 12, 13, 14, 15 and 16 in Block 66 of Ragsdale's Survey of the City Meridian, Lauderdale County, State of Mississippi;
>
> AND ALSO:
>
> Commencing at the Northeast corner of Lot 9 of Block 66 of Ragsdale's Survey of the City of Meridian, Mississippi and run thence West 44.0 feet along the north line of said Block 66 to the point of beginning; run thence West 81.0 feet along the north line of said Block 66 to the Northwest corner of said Block; run thence South 62.5 feet along the west line of said Block 66; run thence East 80.4 feet along the south line of Lot 10 of said Block 66; run thence North 62.5 feet to the point of the beginning, being all in and a apart of Lots 9 and 10 said Block 66 of said Ragsdale's Survey; together with all and singular the improvements thereon and appurtenances thereunto belonging.

## DEFENDANTS

6. Roger L. Smith ("Smith") is named as a defendant in this action because he is the taxpayer and has failed to pay his federal income taxes for the 2007, 2010, and 2018 tax years. He resides within the jurisdiction of this Court.

7. The Temple Theater for the Performing Arts, a non-profit organization incorporated in Mississippi, holds bare legal title to the Subject Property as the nominee of Roger L. Smith and is named as a defendant in this action under 26 U.S.C. § 7403(b) as a party that may claim an interest in the Subject Property.

8. Roger L. Smith is the registered agent and manager of the Temple Theater for the Performing Arts.

### COUNT I-REDUCE FEDERAL INCOME TAX LIABILITY TO JUDGMENT
(Against Defendant Roger L. Smith only)

9. The United States incorporates by reference the allegations contained in paragraphs 1 through 4 and 6 as if fully and separately restated herein.

10. Smith failed to timely file his federal income tax returns for the 2007, 2010, and 2018 tax years. He has also failed to pay the tax liabilities for the 2007, 2010, and 2018 tax years.

11. A delegate of the Secretary of the Treasury timely made assessments against Smith for unpaid federal income taxes (Form 1040), penalties, and interest for the 2007, 2010, and 2018 tax years, as further detailed in the table below:

| **Tax Year** | **Date Assessed** | **Amount of Assessments ($)*** |
|---|---|---|
| **2007** | 07/19/2010 | $129,208.00(T) |
| | | $851.16(P2) |
| | | $29,071.80(P3) |
| | | $18,089.12(P4) |
| | | $17,432.92(I) |
| | 11/26/2012 | $14,212.88(P4) |
| | 12/2/2013 | $23,230.85(I) |
| | 12/1/2014 | $7,049.72(I) |
| | 12/7/2015 | $7,405.64(I) |

|      |            |                |
|------|------------|----------------|
|      | 12/5/2016  | $9,203.52(I)   |
|      | 12/4/2017  | $10,407.47(I)  |
|      | 12/3/2018  | $12,713.95(I)  |
|      |            |                |
| **2010** | 6/17/2013 | $8,450.00(T)   |
|      |            | $1,901.25(P3)  |
|      |            | $1,140.75(P4)  |
|      |            | $708.42(I)     |
|      |            |                |
| **2018** | 9/9/2019  | $291.00(T)     |
|      |            | $210.00(P3)    |
|      |            | $11.26(I)      |
|      | 11/11/2019 | $3.62(I)      |
|      |            | $2.65(P4)      |

*T - Tax
I - Interest
P2 - Failure to pre-pay TAX penalty
P3-Late file penalty
P4-Late payment of tax penalty

**Accrued interest and statutory additions not included.

12.  A delegate of the Secretary of the Treasury gave notice of the assessments described in paragraph 11, above, to Smith and made demand for payment to him. Despite notice and demand for payment, Smith has neglected or refused to fully pay those assessments. Smith is indebted to the United States in the amount of $322,249.44 as of August 18, 2020, plus further interest and statutory additions according to law.

## COUNT II – DECLARATORY JUDGMENT ON NOMINEE AND ON VALIDITY AND EXTENT OF FEDERAL TAX LIENS

13. The United States incorporates by reference the allegations contained in paragraphs 1 through 12 as if fully and separately restated herein.

14. Federal tax liens arose on the dates of assessment detailed in paragraph 11, above, and attached to all of Smith's property and rights to property, including property and rights to property held by a nominee.

15. On or about July 29, 2019, a delegate of the Secretary of the Treasury recorded a Notice of Federal Tax Lien ("NFTL") with Lauderdale County Clerk of Courts against Roger L. Smith for his unpaid federal income tax liabilities for the 2010 tax year.

16. On or about August 15, 2019, a delegate of the Secretary of the Treasury recorded a NFTL with Lauderdale County Clerk of Courts against Roger L. Smith for his unpaid federal income tax liabilities for the 2007 tax year.

17. The Temple Theater for the Performing Arts is the nominee of Smith and holds title to the Subject Property as a nominee, as illustrated by the following facts:

    a. Smith purchased the Subject Property on February 2, 2009.

    b. Smith transferred the Subject Property to the Temple Theater for the Performing Arts, a non-profit organization which he manages and is the registered agent for, on or about March 10, 2020, for inadequate consideration ($10).

    c. The transfer of the Subject Property was in anticipation of a suit or occurrence. Smith owed federal income tax liabilities as early as April 15, 2008 (for the 2007 tax year). All of the NFTLs were filed against Smith in

        2019, putting Smith on notice of his liabilities and a possible suit before he transferred the Subject Property in 2020.

    d. Despite having transferred the Subject Property to the Temple Theater for the Performing Arts, the Subject Property remains Smith's principal residence.

    e. Smith has enjoyment of the subject property: he currently resides at the Subject Property and he manages the Temple Theater for Performing Arts.

18. The federal tax liens against Smith are valid and may be enforced against all of Smith's property, including the Subject Property which is held by the Temple Theater for the Performing Arts as Smith's nominee.

**WHEREFORE**, the United States of America respectfully requests that the Court:

A. Enter judgment in favor of the United States and against Roger L. Smith, for his unpaid federal income tax liabilities for the 2007, 2010, and 2018 tax years in the amount of $322,249.44 as of August 18, 2020, plus interest and statutory additions as allowed by law and minus any payments or credits as allowed by law including a 10% surcharge as permitted by 28 U.S.C. § 3011;

B. Decree that the federal tax liens of the United States attach to all property and property rights of Roger L. Smith, including the Subject Property held by the Temple Theater for the Performing Arts as his nominee and/or all property of by the Temple Theater for the Performing Arts as his nominee.

C. Alternatively, adjudge that the Temple Theater for Performing Arts holds the Subject Property as Roger L. Smith's nominee and that Roger L. Smith's unpaid tax liabilities are enforceable against the Subject Property to the extent of the liabilities evidenced on the Notices of Federal Tax Lien; and

D. Award the United States its costs incurred in connection with this action, along with such other relief as justice requires.

Dated: August 13, 2020

                Respectfully submitted,

                RICHARD E. ZUCKERMAN
                Principal Deputy Assistant Attorney General
                Tax Division

By:   */s/ Genesis Martinez*
       Genesis Martinez
       Special Bar Number: A5502588
       Trial Attorney, Tax Division
       U.S. Department of Justice
       555 4th Street, N.W., Room 6240
       Washington, D.C. 20001
       Telephone:  (202) 514-5915
       Telecopier:  (202) 514-9868
       E-mail: Genesis.Martinez@usdoj.gov

       Of Counsel:

       D. MICHAEL HURST, JR.
       United States Attorney
       Southern District of Mississippi

JS 44   (Rev. 09/11)

# CIVIL COVER SHEET

3:20-cv-535-DPJ-FKB

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
United States of America

### DEFENDANTS
Roger L. Smith and Temple Theater for the Performing Arts

**(b)** County of Residence of First Listed Plaintiff _____
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: Lauderdale
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Genesis Martinez, U.S. Dept. of Justice, Tax Division, 555 4th St NW Room 6240, Washington, D.C. 20001 (202) 514-5915

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [X] 1 U.S. Government Plaintiff
- [ ] 2 U.S. Government Defendant
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 367 Health Care/Pharmaceutical Personal Injury Product Liability |  | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander |  | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability |  | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine |  | ☐ 840 Trademark | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / **PERSONAL PROPERTY** | **LABOR** | **SOCIAL SECURITY** | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Med. Malpractice / ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise |  | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 791 Empl. Ret. Inc. Security Act |  | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights / ☐ 510 Motions to Vacate Sentence |  | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | | [X] 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment / **Habeas Corpus:** |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/Accommodations / ☐ 530 General |  |  | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  |  |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - Employment / ☐ 540 Mandamus & Other | **IMMIGRATION** |  |  |
|  | ☐ 446 Amer. w/Disabilities - Other / ☐ 550 Civil Rights | ☐ 462 Naturalization Application |  |  |
|  | ☐ 448 Education / ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee (Prisoner Petition) |  |  |
|  | ☐ 560 Civil Detainee - Conditions of Confinement | ☐ 465 Other Immigration Actions |  |  |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from another district *(specify)*
- [ ] 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
26 U.S.C. Section 7401

Brief description of cause:
Suit to reduce federal tax assessments to judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A **CLASS ACTION** UNDER F.R.C.P. 23

DEMAND $ 322,249.44

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes  [X] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 08/17/2020

SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**

RECEIPT #    AMOUNT    APPLYING IFP    JUDGE    MAG. JUDGE